| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Bartle, III, Harvey | 2. Court or Organization  U.S.D.C., E.D. Pa. | 3. Date of Report  5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial  ● Annual  ◯ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  16614 U.S. Courthouse  601 Market Street  Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ████████ | ███████████████████ |
| 2. Co-Trustee | Trusts under will |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE FINANCIAL RECEIVED JUN 16 2:07 PM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Co-Trustee Fee | $14,500 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Texas Teachers Retirement System |
| 2. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Philadelphia Bar Association | Memership (extended to all judges) | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | • | Date of Report |
|---|---|---|
| Bartle, III, Harvey | | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Eastman Kodak (Com.) | A | Dividend | J | T | | | | | |
| 2.  General Motors (Com.) | A | Dividend | J | T | | | | | |
| 3.  IBM (Com.) | A | Dividend | K | T | | | | | |
| 4.  Xerox (Com.) | | None | J | T | | | | | |
| 5.  Delphi Automotive Systems (Com.) | A | Dividend | J | T | | | | | |
| 6.  Hudson United Bank, Philadelphia, Pennsylvania | A | Interest | J | T | | | | | |
| 7.  Vanguard-Windsor II (IRA rollover) (previously | | | | | | | | | |
| 8.  Dechert Price & Rhoads H.R. 10 Retirement Plan) | | None | M | T | | | | | |
| 9.  Trust established by Dechert Price & Rhoads (5/91) | | | | | | | | | No interest remaining |
| 10.  Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | A | None | K | T | | | | | |
| 11.  TIAA/CREF (Retirement Fund) | | None | N | T | | | | | |
| 12.  Trusts under will (see attachment) | | | | | | | | | |
| 13.  Easton Vance Pa. Mun. Income Trust | A | Interest | K | T | | | | | |
| 14.  VanKemper Am. Capital Trust | A | Interest | J | T | | | | | |
| 15.  Wachovia Securities (Account Manager for #13 and #14) | | | | | | | | | See #13 and #14 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | May 11, 2005 |

## VII. Page 1 INVESTMENTS AND TRUSTS – income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income) | | | | | | | | | |
| 1 | Abbott Laboratories | A | Div. | K | T | | 5/6 | | | spinoff Hospira Inc |
| 2 | Altria Group | D | Div. | M | T | | | | | |
| 3 | Bristol Myers Squibb | C | Div. | M | T | Part sale | 11/16 | K | | |
| 4 | Cisco Systems | none | Div. | J | T | | | | | |
| 5 | Exxon Mobil | A | Div. | K | T | | | | | |
| 6 | Freddie Mac | A | Div. | K | T | | | | | |
| 7 | General Electric | C | Div. | M | T | Part sale Part sale | 6/25 11/16 | J J | | |
| 8 | IBM | A | Div. | J | T | | | | | |
| 9 | MBIA Inc. | A | Div. | K | T | | | | | |
| 10 | Medco Health Solutions | none | Div. | J | T | | | | | |
| 11 | Merck & Co. | A | Div. | J | T | | | | | |
| 12 | Philadelphia Suburban | none | | | | | | | | name change to Aqua American Inc |
| 13 | PNC Corp. | B | Div. | L | T | | | | | |
| 14 | PPG Industries | C | Div. | M | T | | | | | |
| 15 | Sara Lee | C | Div. | M | T | | | | | |
| 17 | Hospira Inc X | none | Div. | J | T | | 5/6 | | | spinoff from Abbott Labs |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | 5/11/05 |

## VII. Page 1  INVESTMENTS AND TRUSTS -- income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income) | | | | | | | | | |
| 1  PPL Resources | B | Div | K | T | | | | | |
| 2  Verizon Communications | C | Div | L | T | Part Sale | 6/25 | J | | |
| 3  Muniyield PA Insd. Fd. | D | Ex. Div. | L | T | | | | | |
| 4  Nuveen PA Premium Inc. Fd. 2 | C A | Ex.Div. CapGain | L | T | | | | | |
| 5  PA Insd. Mun. Inc. Tr. 45 sa | A | Ex.Div. | J | T | | 5/25 | J | . | partial return of capital |
| 6  PA Insd. Mun. Inc. Tr. 1st Qtr. | A | Ex.Div. | J | T | | 3/25 9/01 12/27 | J J J | | partial return of capital |
| 7  Van Kampen Cap. PA Quality | C | Ex.Div. | L | T | | | | | |
| 8  Van Kampen Cap. PA Adv. | B A | Ex.Div. CapGain | none | | Sale | 12/27 | K | | |
| 9  Van Kampen Cap. PA Value | D A | Ex.Div. CapGain | M | T | | | | | |
| 10  Van Kampen Cap PA Inv. Gr. | D C | Ex.Div. CapGain | K | T | Part Sale | 12/27 | L | | |
| 11  So. East Pa Transit 5% | B | Exempt Int. | K | T | | | | | |
| 12  Lehigh Co. Hosp. 5% | B | Exempt Int. | K | T | | | | | |
| 13  PA Int. Govt. 5% | B | Exempt Int. | K | T | | | | | |
| 14  Command Money Market | A | Div | K | T | | | | | |
| 15  Bank of Holland CD 4%   X | none | int. | K | T | bought | 12/27 | K | | |
| 16  GMAC Automotive CD 3.6%   X | none | int. | K | T | bought | 12/27 | K | | |
| 17  GMAC Automotive CD 3.25%   X | none | int. | K | T | bought | 12/27 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,00 - $500,000 P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,000 - $5,000,000 P4=More than $50,000,000 | M=$100,000 - $250,000 P2=$5,000,0001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Block value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harvey Bartle, III | 5/11/05 |

## VII. Page 1 INVESTMENTS AND TRUSTS -- income, value, transactions *(includes those of spouse and children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transaction during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value Method Code3<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| □ NONE (No reportable income) | | | | | | | | | |
| 1 Stillwater Bank CD 2.85% X | none | int. | K | T | bought | 12/27 | T | | |
| 2 Westsound Bank CD 3.8% X | none | int. | K | T | bought | 12/27 | T | | |
| 3 Aqua American Inc X | B | Div | L | T | | | | | name change from Philadelphia Suburban |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001 - $100,000 | B=$1,001 - $2,500<br>G=$100,001 - $1,000,000 | C=$2,501 - $5,000<br>H1=$1,000,000 - $5,000,000 | D=$5,001 - $15,000<br>H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,00 - $500,000<br>P3=$25,000,0001 - $50,000,000 | K=$15,001 - $50,000<br>O=$500,001 - $1,000,000 | L=$50,001 - $100,000<br>P1=$1,000,000 - $5,000,000<br>P4=More than $50,000,000 | M=$100,000 - $250,000<br>P2=$5,000,0001 - $25,000,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Block value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bartle, III, Harvey | 5/11/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544